| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 3:18cr213 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 0864 0:25CR00394-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Isai Flores <br> Minnesota | North Dakota | Fargo |
| | NAME OF SENTENCING JUDGE <br> The Honorable Peter D. Welte | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 11/14/2023 — TO 11/13/2026 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, in violation of 21 U.S.C. 846

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Flores has ties in the District of Minnesota and has no plans to return to the District of North Dakota.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Minnesota upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 20, 2025 — Date

/s/ Peter D. Welte — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 28, 2025 — Effective Date

s/John R. Tunheim — United States District Judge

1